IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| JETALL COMPANIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3257 |
| | § | |
| JACKSON WALKER LLP, HOUSTON 2425 GALLERIA, LLC, PILLSBURY WINTHROP SHAW PITTMAN LLP, MILLIE SHAH, NIRAV SHAH, NIKHIL SHAH, JONES LANG LASALLE, INC., WILLIAM KEITH MAXWELL, III, LAWRENCE BERRY, AZEEMEH ZAHEER, RIVERWAY GROUP, LLC, BOBBY SALEHI, DAVID TANG, OMAR KHAWAJA, OSAMA ABDULLATIF, | § | |
| Defendants. | § | |

**NOTICE OF HEARING ON AMENDED MOTION FOR REMAND**

You are hereby notified that a hearing has been set on the Amended Motion for Remand (ECF No. 12) at 11:00 a.m. on February 4, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

The response deadline is 5:00 p.m. on January 29, 2025.

Dated: January 6, 2025

Respectfully submitted,

**JUSTIN RAYOME**

By: */s/ Justin Rayome*
Justin Rayome
Texas Bar No. 24130709
5882 Sugar Hill Drive
Houston, TX 77057
(214) 934-9345
Justinrayome3@gmail.com

**ATTORNEY FOR JETALL COMPANIES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 6, 2025, a true and correct copy of this instrument was forwarded to counsel of record pursuant to the Federal Rules of Federal Procedure and the Local Rules of the United States District Court for the Southern District of Texas.

Pillsbury Winthrop Shaw Pittman LLP
609 Main Street Suite 2000
Houston, TX 77002
Charles C. Conrad
charles.conrad@pillsburylaw.com
Ryan Steinbrunner
ryan.steinbrunner@pillsburylaw.com
*and*
31 West 52nd Street
New York, NY 10019-6131
Andrew M. Troop
andrew.troop@pillsburylaw.com
Patrick E. Fitzmaurice
patrick.fitzmaurice@pillsburylaw.com
Kwame O. Akuffo
kwame.akuffo@pillsburylaw.com

2

Cecere PC
Joseph Carl Cecere, II
6035 McCommas Blvd
Dallas, TX 75206
ccecere@cecerepc.com

Stephen Wayne Sather
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
ssather@bn-lawyers.com

David Neal Stern
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
dstern@bn-lawyers.com

6 Mark Edwin Smith
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
msmith@bn-lawyers.com

J. Marcus Hill
Hill & Hill, P.C.
1770 St. James Street, Ste 440
Houston, TX 77056
marc@hillpclaw.com

                                                */s/ Justin Rayome*
                                                Justin Rayome