United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 23-34815 (JPN) |
| Galleria 2425 Owner, LLC | § § | |
| | § | Chapter 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| JETALL COMPANIES, INC., | § § | |
| Plaintiff | § § | |
| v. | § § | Adversary No. 24-03257 |
| | § | |
| JACKSON WALKER LLP, HOUSTON 2425 GALLERIA, LLC, PILLSBURY WINTHROP SHAW PITTMAN LLP, MILLIE SHAH, NIRAV SHAH, NIKHIL SHAH, JONES LANG LASALLE, INC., WILLIAM KEITH MAXWELL, III, LAWRENCE BERRY, AZEEMEH ZAHEER, RIVERWAY GROUP, LLC, BOBBY SALEHI, DAVID TANG, OMAR KHAWAJA, OSAMA ABDULLATIF, | § § § § § § § § § § § § | |
| Defendants | § § | |

**ORDER DENYING AMENDED REMAND MOTION (ECF No. 12)**

This matter came before the Court on the *Amended Motion to Remand* (the "Amended Remand Motion") filed by Jetall Companies, Inc. ("Jetall") [ECF No. 12]. With respect to the Amended Remand Motion, the Court **FINDS** as follows:

1. On November 29, 2024, Jetall filed an original petition against the above-named defendants, including Houston 2425 and Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury"), in 55th Judicial District Court of Harris County, Texas, Cause No. 2024-83809 (the "State Court Case").

4914-4772-7117.v2

2

2. On December 3, 2024, Houston 2425 removed the State Court Case (now, the "Removed Action") to this Court. [ECF No. 1].

3. On December 4, 2024, an involuntary petition was filed against Jetall, which currently is pending before this Court. [Case No. 24-35761] On December 6, 2024, this Court entered an order annulling the automatic stay under section 362(aa) of the Bankruptcy Code that arose on the filing of the involuntary petition as it related to this case. [Case No. 24-35761, ECF No. 4]

4. On December 9, 2024, Houston 2425 filed the *Motion to Compel Compliance with the Plan's Gatekeeping Provisions and Statement in Further Support of Removal* [ECF No. 6] (the "Gatekeeping Motion").

5. On January 7, 2025, the Court granted the Gatekeeping Motion and dismissed the Removed Action, with prejudice. [ECF No. 16]

6. The Amended Remand Action is thus moot.

Accordingly, it is hereby **ORDERED** that the Amended Remand Action is dismissed as moot and this adversary is closed.

Signed: January 07, 2025

Jeffrey P. Norman
United States Bankruptcy Judge